IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BARBARA HAWLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09CV246 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 16, 2012, was served on the parties in this action. Plaintiff objected to the Recommendation. [Doc. # 19.]

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, Defendant's motion for judgment on the pleadings [Doc. # 14] is GRANTED, Plaintiff's motion for judgment on the pleadings [Doc. # 12] is DENIED, and this action is

DISMISSED WITH PREJUDICE. A Judgment will be entered contemporaneously with this Order.

/s/ James A. Beaty
United States District Judge

Date: August 20, 2012